CAUSE NO.# 1198033,1197748,1197448    75,713-14

Joshua O. White-EL          X     In the Courts of
        vs                   X     Criminal Appeals of Texas
The STATE OF TEXAS           X     Austin Texas

**This document contains some**
**pages that are of poor quality**
**at the time of imaging.**

"Motion For Leave to File"
Writ of Mandamus.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 0 8 2015

Abel Acosta, Clerk

To the honorable Courts of Criminal Appeals:

COME NOW, I, Joshua O. White-EL, Moorish American, in Propria Persona Motion this court For Leave to file Writ of Mandamus Pursuant to the Texas Rules of appellant Procedure Rule 72.1. This motion is second and witness by the

X _Jonathan Jimenez_    Jonathan Jimenez and for further support I will show this
   Jonathan Jimenez
honorable Criminal courts of appeals the following;

                                I
Pursuant to Texas Rules of Appellate Procedure Rule 72.1, a "Motion for Leave to file" must accompany an Writ of Mandamus

                                II
In writ of Mandamus I will show a present and future Miscarriage of Justice. By showing this I will be looking for the courts to make a sound judgement and Grant relief requested by me in foregoing writ. For court not to hear this matter is a violation of my God Given Rights and my fundamental Constitutional Rights. Therefore to stay in a notion of Justice the court should Grant Motion

11-2-2015
Nov 2, 2015

_Joshua O. White-EL_
Joshua O. White-EL, Moorish American
Ferguson Warehouse
% 12120 Savage Dr
Midway Texas 75852

11-2-2015

_Jonathan Jimenez_
Witness Signature

Joshua O. White-EL                X        In the Courts of
            vs                          X        Criminal Appeals of Texas
The STATE OF TEXAS                                Austin Texas

## Writ of Mandamus

To the honorable court of Criminal Appeal:

COME Now, I, Joshua O. White-EL, Moorish American, IN PROPRIA PROPERA in the above styled and CAUSE NUMBER of action file this WRIT of MANDAMUS PURSUANT to article 4.04 of the TEXAS Code of Criminal Procedure and to SUPPORT this WRIT I will show this honorable court the following;

### I

1.01. I, Joshua O. White-EL, Moorish American, Is incarcerated at a TEXAS DEPART-MENT of Criminal Justice (TDCJ) CORPORATION UNDER an account NUMBER, NUMBERED 1660955 and can be located at Jim FERGUSON WAREHOUSE, c/o 12120 SAVAGE DR, MIDWAY, TEXAS, 75852

### II

2.01 My CURRENT situation compel me to have Limited time, OPPORTUNITY, and RESORCE to help me PREPARE for an MERITED ARGUMENTS

### III

3.01. ON 10/9/2015 HARRIS County District Clerk received and filed and 11.07 WRIT of HABEAS CORPUS that was sent to the court by me, Joshua O. White-EL, Moorish American, with the sole PURPOSE of attacking the Jurisdiction of the court and court PROCEEDING
3.02. There was no ARGUMENT/Rebuttal CONCERNING Jurisdiction by the STATE or the Courts
3.03. Court, STATE and its REPRESENTIVES was Silence CONCERNING Jurisdiction And when Silence becomes A CHARACTER in such CIRCUMSTANCE it constitutes AN implied REPRENSENTATION EXCEPTANCE of Facts.
3.04 This court was given Copies of all LEGAL DOCUMENT CONCERNING Said matter And for Courts to not GRANT RELIEF is A PRESENT And future MISCARRIAGE of Justice.

CAUSE NO# 1198033, 1197748, 1197448

| | | |
|---|---|---|
| Joshua O. White-EL | x | In the Courts of |
| vs | x | Criminal Appeals of Texas |
| The STATE OF TEXAS | x | Austin, Texas |

## Memorandum of Law/Affidavit

To the honorable Courts of Criminal Appeal

NOW COME, I, Joshua O. White-El, Moorish American, in PROPRIA PERSONA, file this Memorandum of Law/Affidavit to support Writ of Mandamus.

### I

I, Joshua O. White-EL, "with Clean Hands" contends that a defense of LACK of Jurisdiction over the subject matter MAY be RAISED at any time even on APPEAL, Hill Top developor vs Holiday Pine Service Corp 478 So 2d 368. There is NO discretion to IGNORE Lack of Jurisdiction, Joyce vs U.S., 474 Sd 215, the Law Provides that once STATES Jurisdiction has been Challenged, it must be PROVEN. Main vs. Thiboutots, 100 S. Ct 2502. The burden then shifts to the Courts to PROVE Jurisdiction Rosemond vs. Lambert 469 F.2d 416. Because the Law REQUIRE Proof of Jurisdiction to APPEAR on the RECORD of the administrative agency and all Administrative PROCEEDING. HAGANS vs LAVINE 415 U.S.533. Therefore when Jurisdiction of Administrative AGENCY and it PROCEEDING was Challenge by ME and NONE was PROVEN the Courts then broke the Law. If courts choose to KEEP silence on the Challenge of Jurisdiction MADE by ME, and Making silence a CHARACTER knowing that silence constitute an implied Representative of the existance of fact in Question, CARMINE US Bowen 64A 932, then any further delay of Requested relief will constitute a Present and future miscarriage of Justice.

### Conclusion

Wherefore, PREMISES Considered, that any Relief that is sought be Grant this includes the correction of sentence that was illegally Given.

### Affidavit

I Joshua O. White-EL, Moorish American, in PROPRIA PERSONA, undersigned and of sound mind make this Affidavit with "Clean hands" and in "Good faith" based on my personal knowledge and belief that in all things herein is true and correct and hereby depose and say; This affidavit shall further collaborate and support my WRIT OF HABEAS CORPUS 11.07 and Writ of MANDAMUS, and would further state that if Courts Remain silent on all issues you concur and agree with entirely. Any fact or statements or Admissions which are not denied with supporting evidence and Particularity Point for Point or Rebutted under Penalty of Perjury within 10 days shall therefore constitute an admissions to the truthfulness of each statement of conclusion as Required Pursuant to Fed. Rul. Civ. Pro 8(d).

I declare under Penalty of Perjury that the statement in this Affidavit, facts made by me are true and correct and complete to the best of my ability and knowledge in accordance with 28 U.S.C§ 1746

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing instrument was mailed to the Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, Texas 78711 on the _____ 2nd _____ Day of November 2015, for Processing in timely filing by depositing same within the Internal Prisons Systems Mailbox U.S.P.S. First Class Postage

_____ 11-2-15 _____
Date

Joshua D. White-El Moorish American
TDCJ Acc No#1660955
Ferguson Warehouse
% 12120 Savage Dr
Midway, Texas. 75852